### 10030.   FISHER *v.* THE STATE.

BLOODWORTH, J. The evidence is conflicting. The jury rendered a verdict of guilty, which the trial judge refused to set aside. It can not be said that the verdict is without evidence to support it. This court,

therefore, is without power to set it aside on the general grounds of the motion for new trial.

         *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
              DECIDED NOVEMBER 20, 1918.

Accusation of misdemeanor; from city court of Carrollton— Judge Beall. July 2, 1918.

*Emmett Smith,* for plaintiff in error.

*Willis Smith, solicitor,* contra.

*Judgment affirmed. Broyles, P. J.; and Harwell, J., concur.*
              DECIDED NOVEMBER 20, 1918.